THE CITY OF PERTH AMBOY ET AL. v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL.

Decided November 12, 1926.

Public Utilities—Grade Crossing Elimination—Municipality Having Had Due Notice and Having Acquiesced in Order and Approval of Plans, and Grade Crossing Having Been Eliminated at Large Cost, and Evidence Before Utility Commissioners, Amply Justified Their Conclusion—Rule is Dismissed.

On rule for writ of *certiorari*.

Before Justices BLACK and CAMPBELL.

For the rule, *David T. Wilentz.*

*Contra, Thomas Brown.*

PER CURIAM.

This matter has been heard upon a rule to show cause why a writ of *certiorari* should not issue to review the decision of the board of public utility commissioners of January 7th, 1926, refusing to require the Central Railroad Company of New Jersey and the Lehigh Valley Railroad Company to change the construction of an overhead bridge at Washington street, in the city of Perth Amboy, which bridge had been fully constructed and completed at a cost of $300,000 by such railroad companies, pursuant to and in compliance with the order of said board dated May 17th, 1922, eliminating a dangerous railroad grade crossing, such order having been made in accordance with the "Fielder Grade Crossing act" (*Pamph. L.* 1913, *ch.* 57), after notice and hearing in which the representatives of the city of Perth Amboy participated, and acquiesced and approved of, and consented to, the plans upon which, and according to which, the bridge was constructed.

Aside from every other reason that might be advanced against the allowance of the writ in question, we find that the evidence before the board amply and completely justified its conclusion, as expressed in its judgment sought to be reviewed.

The rule to show cause is therefore dismissed.